Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−36674−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Robertson
208 Kristine Avenue
Manahawkin, NJ 08050

Rosalie Robertson
208 Kristine Avenue
Manahawkin, NJ 08050

Social Security No.:
xxx−xx−2653

xxx−xx−4093

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after May 1, 2019 for the reason(s) indicated below.

☐  Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐  Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 1, 2019
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-36674-MBK
John Robertson                                                          Chapter 13
Rosalie Robertson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 01, 2019
                              Form ID: clsnodsc        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db          #+John Robertson,    208 Kristine Avenue,    Manahawkin, NJ 08050-7812
jdb         #+Rosalie Robertson,    208 Kristine Avenue,    Manahawkin, NJ 08050-7812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 01 2019 23:50:51      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 01 2019 23:50:50      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                                TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com
              Angela Catherine Pattison    on behalf of Creditor    US Bank National Association, as Trustee for
               Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series
               2005-22 angela.pattison@powerskirn.com,   ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee for
               Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series
               2005-22 bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor John   Robertson cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Joint Debtor Rosalie   Robertson cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Lawrence J. McDermott, Jr.    on behalf of Creditor    MIDLAND FUNDING,LLC
               lmcdermott@pressler-pressler.com
              Lawrence J. McDermott, Jr.    on behalf of Creditor    New Century Financial Services, Inc.
               lmcdermott@pressler-pressler.com
              Marc C Capone    on behalf of Creditor Deborah   Meyers 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
                                                                                                TOTAL: 10