Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−36674−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| John Robertson | Rosalie Robertson |
| 208 Kristine Avenue | 208 Kristine Avenue |
| Manahawkin, NJ 08050 | Manahawkin, NJ 08050 |

Social Security No.:
    xxx−xx−2653              xxx−xx−4093

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 30, 2019          Michael B. Kaplan
                                Judge, United States Bankruptcy Court